IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO.: 20-CR-00254-2&4 |
| | : | |
| ZHENYU WANG | : | |
| DANIEL RAY LANE | : | |

ORDER

AND NOW, this 8th day of November, 2023, it is hereby ORDERED that Juror #1(Part/Pool Seq. Nos.:102162881/01-0166), who was selected to serve as a juror on October 12, 2023 before the Honorable Harvey Bartle III[1] on a criminal jury trial in the matter of **U.S. v. Zhenyu Wang and Daniel Lane (20-cr-00254)** is hereby permitted to utilize the hotel lodging per diem as described in this Court's Petit Jury Instructions provided by the Jury Department and shall continue until the conclusion of this matter.

BY THE COURT:

_Harvey Bartle III_
HARVEY BARTLE III,    J.

---

[1] **On October 24, 2023 this matter was reassigned from the Honorable Anita B. Brody to the Honorable Harvey Bartle III.**