IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 20-CR-00254-4 |
| | : | CHARGE: SEE INFORMATION |
| DANIEL RAY LANE | : | STATUTE: |
| | : | PROSECUTOR: Patrick J. Murray, AUSA |

## ABSTRACT OF ORDER FOR PRESENTENCEINVESTIGATION

**TO THE ABOVE-NAMED DEFENDANT:**

On **November 15, 2023** upon a verdict of guilty before a jury trial as to **_Count(s) 1, 2 and 3 of Criminal Indictment No.: 20-cr-00254 - 4_**. Judge Bartle has ordered that a presentence investigation be conducted by the Probation Office and a report submitted to the Court.

You are directed to appear for sentencing on **March 20, 2024 at  9:30 a.m.** in **Courtroom No. 7B** of the **U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.**

You are further directed to report immediately to the U.S. Probation Office, 600 Arch Street, Suite 2400, Philadelphia, PA 19106, and present this notice.  If you have any questions, you should consult your attorney, who may accompany and advise you during your interviews.

The following evaluations are also ordered:  ☐ drug;  ☐ alcohol;  ☐ psychiatric;  ☐ other:

☐   If margin block is checked, the Court is directing the U.S. Pretrial Services Office not to release its case file information or other documents to the Probation Office pursuant to Title 18, U.S.C., § 3153(c)(2)(C).

/s/ Nicole Spicer
**Criminal/Courtroom Deputy to the Hon. Harvey Bartle III**

**cc: Probation Office**
paepdb_abstracts@paep.uscourts.gov

**Date:  November 15, 2023**
**By Whom: NDS**