IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**STANDING ORDER**
**RE:  SENTENCING REFORM ACT OF 1984**

STAGE 1.    Unless otherwise ordered by an individual judge, sentencing will occur without unnecessary delay not less than one hundred (100) days after a defendant pleads guilty, nolo contendere, or is found guilty.

STAGE 2.    Not less than thirty-five (35) days before the sentencing hearing, the probation officer must furnish the presentence report to the defendant, the defendant's counsel, and the attorney for the Government.  The probation officer's recommendation for sentence will not be disclosed unless directed by an individual judge.

STAGE 3.    Within fourteen (14) days after receiving the presentence report, the parties shall deliver in writing to the probation officer, and to each other, any objections to any material information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the presentence report.  If no objections will be filed, the probation officer shall be so notified in writing within the aforesaid time limits.  Any objection not filed will be deemed waived unless the Court finds good cause for allowing it to be raised.

STAGE 4.    Should the attorney for the Government intend to file a motion for a downward departure under United States Sentencing Guideline Section 5K1.1, or from a statutory mandatory minimum, the probation officer will be notified in writing on or before the submission date set for the filing of objections, and be provided with whatever information supports the motion.

STAGE 5.    Not later than seven (7) days before the sentencing hearing, the probation officer must submit the presentence report to the Court, together with an addendum setting forth any unresolved objections, the grounds for those objections, and the probation officer's comments on the objections.  At the same time, the probation officer must furnish the revisions of the presentence report and the addendum to the defendant, the defendant's counsel, and the attorney for the Government.

STAGE 6.    The presentence report is a confidential document.  Rule 32(b)(3)(A) provides that copies of the presentence report are provided to prosecution and the defense attorneys for the purpose of the sentencing hearing.  The attorneys may retain these copies.  The attorney for the Government may also retain the presentence report for use in collecting financial penalties. 18 U.S.C. § 3552(d).

**Defendant:**         **DANIEL RAY LANE**         **Criminal** No.: **20-CR-00254-HB-4**

**Date of Verdict:**         **November 15, 2023**

**Date of Sentencing:**      **March 20, 2024**

**Time of Sentencing:**      **9:30**  o'clock  **a.m.**

**(To be distributed to each defendant and each counsel at time presentence report is ordered)**

cc:     Pretrial Services (via email to: Noticesedpa_pretrialservices@paept.uscourts.gov)

Cr. 37 (5/2021)